FILED
2010 Mar-24 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **TIFFIN MOTORHOMES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No: CV 09-S-1169-NW** |
| ) | |
| **ALLEN RAY; AUTO-OWNERS** ) | |
| **INSURANCE COMPANY;** ) | |
| **PROGRESSIVE SPECIALTY** ) | |
| **INSURANCE COMPANY;** ) | |
| **THETFORD CORPORATION;** ) | |
| **AND NORCOLD, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF REMAND

On February 8, 2010, the magistrate judge rendered his report and recommendation, recommending that the motion to remand filed by defendant Auto-Owners Insurance Co. (doc. no. 5) be granted. On February 22, 2010, defendant Thetford Corporation filed objections to the report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge,[1] and ACCEPTS his recommendations. Accordingly, defendant Auto-Owners

---

[1] This court does not adopt the specious conclusion of the magistrate judge in Part II(A), at pages 4-7, that defendant Auto-Owners Insurance Company had not established that it was subrogated to the rights of defendant Allen Ray prior to the time Thetford Corp. removed this action and, therefore, is a real party in interest.

Insurance Co.'s motion to remand is GRANTED and this action is REMANDED to the Circuit Court of Franklin County, Alabama. Defendant Allen Ray's motion to remand (doc. no. 9) and the motion to remand filed by plaintiff Tiffin Motorhomes (doc. no. 12) are MOOT. The motion to dismiss filed by defendant Norcold, Inc. (doc. no. 10), the Motion to Dismiss filed by defendant Thetford Corporation (doc. no. 4), and the motion to dismiss cross-claim of Auto-Owner's Insurance Co. filed by defendant Thetford Corporation (doc. no. 7), remain for disposition by the Circuit Court of Franklin County, Alabama. The clerk is directed to close this file. The clerk is further directed to forward a certified copy of this order, along with a copy of each of the motions to dismiss referenced above to the Clerk of the Circuit Court of Franklin County, Alabama.

DONE and ORDERED this 24th day of March, 2010.

_____
United States District Judge